UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LILLIANA VELIZ,<br><br>    Defendant. | CASE NO. MJ23-477<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Possession of Drug Contraband in Federal Penal Institution

<u>Date of Detention Hearing</u>:    October 16, 2023

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant was incarcerated at the Federal Detention Center in SeaTac,

DETENTION ORDER
PAGE -1

Washington pursuant to a judgment for violation of supervised release in Case No. CR16-287JLR, when she was charged with possessing controlled substances consisting of methamphetamine, fentanyl, and heroin. Defendant's criminal record includes a number of bench warrants for failing to comply with court orders, failures to appear, drug-related offenses, and violation of supervision.

2. Defendant poses a risk of nonappearance based on a history of failing to report, criminal activity and other noncompliance while under supervision, substance abuse and mental health history, and lack of employment. Defendant poses a risk of danger based on the nature of the instant offense, a pattern of similar criminal activity, criminal activity and other noncompliance while under supervision, and substance abuse history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 16th day of October, 2023.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3